JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-5659 |
| Plaintiff, | ) ) | ORDER EXTENDING DEADLINE FOR PAYMENT OF FINES AND COSTS |
| vs. | ) ) | |
| KRISTOL PARR, | ) ) | (~~PROPOSED~~) |
| Defendant. | ) ) | |

Based on the stipulation of the parties, the Court finds good cause for granting an extension of the deadline for paying the defendant's fines and costs; now, therefore,

IT IS HEREBY ORDERED that the deadline for payment of the assessed fines and costs shall be extended from May 7, 2005 until August 7, 2005.

Done this  11th  day of May, 2005.

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING
DEADLINE FOR PAYMENT OF FINES
(Kristol Parr; CR04-5659MAT)     -1-

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

1
2  Submitted By:

3  s/Peter J. Avenia
   WSBA No. 20794
4  Attorney for Kristol Parr
   Assistant Federal Public Defender
   1601 Fifth Avenue, Suite 700
5  Seattle WA 98101
   206/553-1100 voice
6  206/553-0120 facsimile
   Peter_Avenia@fd.org
7

8  s/Barbara J. Sievers
   Assistant United States Attorney
9  (*per telephonic authorization*)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER EXTENDING                                      **FEDERAL PUBLIC DEFENDER**
DEADLINE FOR PAYMENT OF FINES                        **1601 Fifth Avenue, Suite 700**
(Kristol Parr; CR04-5659MAT)          -2-            **Seattle, Washington**
                                                     **(206) 553-1100**